Kuss Machine Tool & Die Co. *v.* El-Tronics, Inc., Appellant.

354

Argued May 27, 1958. Before JONES, C. J., BELL, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Donald W. Hedges,* with him *Arthur Gregg Jackson, Thomas F. Wilson,* and *Mancill, Cooney, Semans and Hedges,* for appellant.

*Leonard Turner,* for appellee.

OPINION PER CURIAM, June 30, 1958:

The judgment of the court below is affirmed on the able opinion of President Judge HAGAN of the Court of Common Pleas No. 1 of Philadelphia County.